

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00303-CV

| | | |
|---|---|---|
| $2,424.21 IN U.S. CURRENCY AND 2013 VOLKSWAGEN PASSAT, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 4 |
| V. | § | of Tarrant County (S-13438-17) |
| | § | July 18, 2019 |
| THE STATE OF TEXAS, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for a new trial.

It is further ordered that appellee The State of Texas shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack